```
SCARINCI & HOLLENBECK, LLC
ATTORNEYS AT LAW
1100 VALLEY BROOK ROAD
P.O. BOX 790
LYNDHURST, NEW JERSEY 07071
Telephone: (201) 896-4100
Attorneys for Defendants
Our File No. 130.2890
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EILEEN GILGALLON, RONALD GILGALLON and SHAWN GILGALLON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE COUNTY OF HUDSON, ROBERT JANIZEWSKI, FRANCIS DELEONARDIS, MARK MORCHEL, MICHAEL CIFELLI, THE BOARD OF CHOSEN FREEHOLDERS, NEIL CARROL, VINCENT ASCOLESE, NAPTALIA CRUZ, WILLIAM BRAKER, NIDIA DAVILA-COLON, WILLIAM O'DEA, ALBERT CIFELLI, SILVERIO VEGA, MAURICE FITZGIBBONS, CONNELL, FOLEY, LLP, JOHN PL. LACEY, LABOR MANAGEMENT CONCEPTS, INC., JOHN MUNRO, STATE OF NEW JERSEY, JOSEPH TRAPP, and ABC CORPORATIONS 1-10 (a fictitious corporation) and JOHN and MARY DOES 1-10 (fictitious persons),<br><br>　　　　Defendants. | Hon. Dennis M. Cavanaugh<br><br>Civil Action No. 02-5948<br><br>**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |

**THIS MATTER** having been opened to the Court by Scarinci & Hollenbeck, attorneys for Defendants, the County of Hudson, Michael A. Cifelli, Mark Morchel, Francis DeLeonardis and Robert

{00228645.DOC}

Janiszewski, on notice to Ronald Gilgallon, Eileen Gilgallon and Mary Hennig, pro se Plaintiffs ("Plaintiffs"), by regular and certified mail, return receipt requested, whereby the Defendants allege that the Plaintiffs' Third Amended Complaint filed in the Superior Court of New Jersey violates prior orders and judgments issued under Federal Civil Action No. 02-cv-0591 (WGB), 02-cv-0524 (KSH) and 02-cv-5948 (DMC), and whereas the Defendants seek a temporary and/or permanent injunction staying the plaintiffs' New Jersey Superior Court action under Docket No. HUD-L-4228-03, and the Court having considered the papers received, and the Court having found that the Defendants have a reasonable probability of ultimate success on the merits, the pendency of immediate and irreparable harm, that the balance of hardships favors the defendants, and that relief is necessary to preserve the status quo:

**IT IS** on this __4__ day of __Nov__, 2005;

**ORDERED** that Plaintiffs show cause before Honorable Dennis M. Cavanaugh, U.S.D.J., U.S. District Court for the District of New Jersey, on the __28__ day of __Nov__, 2005, at __11 AM__ o'clock in the forenoon, why an Order should not be entered in favor of the Defendant preliminarily enjoining Plaintiffs and the Superior Court of New Jersey until final disposition of this matter or further order of the Court, as follows:

1. Prohibiting Plaintiffs from proceeding in the Superior Court of New Jersey, Law Division, under Docket No. HUD-L-4228-03 with any claims against the Defendants Mark Morchel, Michael Cifelli, Francis DeLeonardis, the County of Hudson and/or Robert Janiszewski, individually or collectively; and

2. Staying the civil action in the matter of Gilgallon v. R.C. Shea and Associates, et al., Docket No. HUD-L-4228-03; and it is further

**ORDERED** that the Defendants request for a temporary restraining order is ~~**GRANTED**~~ DENIED ~~hereby staying the New Jersey Superior court civil action in the matter of Gilgallon v. R.C. Shea and Associates, et al., Docket No. HUD-L-4228-03 pending the return date of this Order to Show Cause as listed herein; and it is further~~

**ORDERED** that Plaintiffs may move before this Court for the dissolution or modification of any restraints herein contained in this Order to Show Cause, upon two days notice to Defendant's attorney; and it is further

**ORDERED** that this Order to Show Cause shall constitute a summons to and process Plaintiffs, and that a copy of this Order to Show Cause and supporting Brief and Certification be served upon Plaintiffs within five days of the date hereof, said service to be made by certified mail/return receipt requested, and by regular mail, or by personal service, either of which

{00228645.DOC}

means of service shall be deemed sufficient service of process upon the Plaintiffs;

**ORDERED** that Plaintiffs shall file with the Court and serve upon Defendant's counsel any responding Brief and Affidavit(s) no later than 5:00 p.m. on _Nov. 16_, 2005, and Defendant shall file and serve any reply papers no later than 5:00 p.m. on _Nov 23_, 2005; and it is further

**ORDERED** that a copy of this Order to Show Cause be served upon the Plaintiffs and the Clerk of the Superior Court, Hudson County Vicinage for compliance herewith, with a copy of same to be served upon Honorable Frances Antonin, J.S.C. within _5_ day of receipt of same.

_____
Dennis M. Cavanaugh, U.S.D.J.

{00228645.DOC}