NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EILEEN GILGALLON, et al. : | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, : | |
| : | **ORDER** |
| v. : | |
| : | Civil Action No. 02-CV-5948 (DMC) |
| : | |
| COUNTY OF HUDSON, et al., : | |
| Defendant. : | |

      This matter coming before the Court upon an Order to Show Cause filed by the County of Hudson, Robert Janizewsky, Francis Deleonardis, Mark Morchel, Michael Cifelli, the Board of Chosen Freeholders, Neil Carrol, Vincent Ascolese, Neptalia Cruz, William Braker, Nidia Da Vilacolon, William O'Dea, Albert Cifelli, Silverio Vega, Maurice Fitzgibbons, Connell Foley LLP, John P. Lacey, Labor Mangement Concepts Incorporated, John Monroe, the State of New Jersey, Joseph Trapp, and ABC Corporations and John and Mary Does ("Defendants"), requesting this Court to enjoin Eileen, Ronald and Shawn Gilgallon's ("Plaintiffs") pending action in the Superior Court of New Jersey, Law Division, Hudson County Vicinage, docket number HUD-L-4228-03.  Oral argument was heard regarding this matter on November 28, 2005.  For the reasons set forth in the Opinion issued today,

    IT IS on this 4th day of January 2006,

    ORDERED that Defendants' application is **granted**;

    **IT IS FURTHER ORDERED** that an injunction is issued enjoining Plaintiffs from

pursuing this matter against any of the above named Defendants in State Court or any other Court.

                                                             S/ Dennis M. Cavanaugh
                                                         Dennis M. Cavanaugh, U.S.D.J.

Date: January 4, 2006
Original: Clerk's Office
cc: All Counsel of Record
      The Honorable Mark Falk, U.S.M.J.
      File