NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EILEEN GILGALLON, et al. : | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, : | |
| : | **ORDER** |
| v. : | |
| : | Civil Action No. 02-CV-5948 (DMC) |
| : | |
| COUNTY OF HUDSON, et al., : | |
| Defendants. : | |

      This matter coming before the Court upon a motion for reconsideration filed by Eileen, Ronald and Shawn Gilgallon's ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 59(e). This motion is decided without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure. For the reasons set forth in the Opinion issued today,

    IT IS on this 23rd day of February, 2006,

    ORDERED that Plaintiffs' motion for reconsideration is **denied**.

                                     S/ Dennis M. Cavanaugh
                                      Dennis M. Cavanaugh, U.S.D.J.

Date:      February 23, 2006
Original:  Clerk's Office
cc:       All Counsel of Record
          The Honorable Mark Falk, U.S.M.J.
          File