SCARINCI & HOLLENBECK, LLC
ATTORNEYS AT LAW
1100 VALLEY BROOK AVENUE
P.O. BOX 790
LYNDHURST, NEW JERSEY 07071
Telephone: (201) 896-4100
Attorneys for Defendants
Our File No. 130.2890

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EILEEN GILGALLON, RONALD GILGALLON and SHAWN GILGALLON, | Hon. Dennis M. Cavanaugh |
| Plaintiffs, | Civil Action No. 02-5948 |
| v. | |
| THE COUNTY OF HUDSON, ROBERT JANIZEWSKI, FRANCIS DELEONARDIS, MARK MORCHEL, MICHAEL CIFELLI, THE BOARD OF CHOSEN FREEHOLDERS, NEIL CARROL, VINCENT ASCOLESE, NAPTALIA CRUZ, WILLIAM BRAKER, NIDIA DAVILA-COLON, WILLIAM O'DEA, ALBERT CIFELLI, SILVERIO VEGA, MAURICE FITZGIBBONS, CONNELL, FOLEY, LLP, JOHN PL. LACEY, LABOR MANAGEMENT CONCEPTS, INC., JOHN MUNRO, STATE OF NEW JERSEY, JOSEPH TRAPP, and ABC CORPORATIONS 1-10 (a fictitious corporation) and JOHN and MARY DOES 1-10 (fictitious persons), | **ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |
| Defendants. | |

**THIS MATTER** having been opened to the Court by Scarinci & Hollenbeck,

attorneys for Defendants, the County of Hudson, Michael A. Cifelli, Mark Morchel,

Francis DeLeonardis and Robert Janiszewski, on notice to Ronald Gilgallon, Eileen

Gilgallon and Mary Hennig, pro se Plaintiffs ("Plaintiffs"), by personal service, whereby

the Defendants allege that the Plaintiffs' Fourth Amended Complaint filed in the Superior Court of New Jersey violates prior orders granting a permanent injunction against any and all present and future litigation against defendants issued under Federal Civil Action No. 02-cv-5948 (DMC), seeking the Court to hold plaintiffs in civil confinement for a period of time deemed appropriate by the Court or other penalty that the court deems equitable and just under the circumstances, and the Court having considered the papers received, and the Court having found that the Defendants have a reasonable probability of ultimate success on the merits, the pendency of immediate and irreparable harm, that the balance of hardships favors the defendants, and that relief is necessary to preserve the status quo:

**IT IS** on this _18_ day of _MAY_, 2006;

**ORDERED** that Plaintiffs show cause before Honorable Dennis M. Cavanaugh, U.S.D.J., U.S. District Court for the District of New Jersey, on the _22_ day of _JUNE_, 2006, at _9:30_ o'clock in the forenoon, why an Order should not be entered:

    1.    Holding plaintiffs in civil contempt; and

    2.    Assessing appropriate sanctions against the plaintiffs as the Court deems equitable and just under the circumstances; and it is further

**ORDERED** that the Defendants request for a temporary restraining order is **GRANTED** hereby staying the New Jersey Superior court civil action in the matter of Gilgallon v. R.C. Shea and Associates, et al., Docket No. HUD-L-4228-03 as it relates to the plaintiffs' Motion for Leave to File a Fourth Amended Complaint; and it is further

{00257243.DOC}

**ORDERED** that Plaintiffs may move before this Court for the dissolution or modification of any restraints herein contained in this Order to Show Cause, upon two days notice to Defendant's attorney; and it is further

**ORDERED** that a copy of this Order to Show Cause and supporting Brief and Certification be served upon Plaintiffs within five days of the date hereof, said service to be made by certified mail/return receipt requested, and by regular mail, or by personal service, either of which means of service shall be deemed sufficient service of process upon the Plaintiffs;

**ORDERED** that Plaintiffs shall file with the Court and serve upon Defendant's counsel any responding Brief and Affidavit(s) no later than 5:00 p.m. on _JUNE 8_, 2006, and Defendant shall file and serve any reply papers no later than 5:00 p.m. on _JUNE 15_, 2006; and it is further

**ORDERED** that a copy of this Order to Show Cause be served upon the Plaintiffs and the Clerk of the Superior Court, Hudson County Vicinage for compliance herewith, with a copy of same to be served upon Honorable Frances Antonin, J.S.C. within _5_ day of receipt of same.

Dennis M. Cavanaugh, U.S.D.J.

{00257243.DOC}