NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EILEN GILGALLON, RONALD GILGALLON and SHAWN GILGALLON,<br><br>    Plaintiffs,<br><br>v.<br><br>THE COUNTY OF HUDSON, ROBERT JANIZEWSKI, FRANCIS DELEONARDIS, MARK MORCHEL, MICHAEL CIFELLI, THE BOARD OF CHOSEN FREEHOLDERS, NEIL CARROL, VINCENT ASCOLESE, NAPTALIA CRUZ, WILLIAM BRAKER, NIDIA DAVILA-COLON, WILLIAM O'DEA, ALBERT CIFELLI, SILVERIO VEGA, MAURICE FITZGIBBONS, CONNELL, FOLEY, LLP, JOHN PL. LACEY, LABOR MANAGEMENT CONCEPTS, INC., JOHN MUNRO, STATE OF NEW JERSEY, JOSEPH TRAPP, and ABC CORPORATIONS 1-10 (a fictitious corporation) and JOHN and MARY DOES 1 - 10 (fictitious persons),<br><br>    Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER GRANTING DEFENDANTS' FEE APPLICATION**<br><br>Action No. 02-5948 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.

    This matter having been opened to the Court by Scarinci & Hollenbeck, LLC, counsel for Defendants, for an order enforcing this Court's May 3, 2006, award of counsel fees and costs associated with Defendants' efforts in response to Plaintiffs' third amended Complaint and this Court's July 12, 2006, award of counsel fees and costs associated with

Defendants' efforts in response to Plaintiffs' Fourth Amended Complaint and the Court having considered this matter and for good and sufficient cause shown,

It is on this  28  day of February, 2007

**ORDERED** that Plaintiffs are directed to pay $25,153.58 in attorneys' fees and costs in connection with this Court's May 3, 2006 Order, and pay $12,194.40 in attorneys' fees and costs in connection with this Court's July 12, 2006 Order.

 S/   Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk
Copies:       All counsel of record
              File